# United States District Court
# for the
# Southern District of Georgia
# Augusta Division

|  |  |  |
|---|---|---|
| United States of America | ) | |
|  | ) | |
| v. | ) | 1:22CR00058-1 |
|  | ) | |
| **Kiara Johnson** | ) | |

### ORDER

On October 12, 2022, Kiara Johnson appeared before the Court and was sentenced, after pleading guilty, to twelve months probation for the offense of DUI on a military reservation. Johnson was ordered to complete 40 hours of community service within 10 months; complete a clinical evaluation; and complete a DUI Risk Reduction Program. In addition, Johnson was ordered to pay a $300 fine and a $25 special assessment.

On October 4, 2023, the probation officer of this Court filed a petition to show cause why Johnson's supervision should be revoked. The petition alleged Johnson had violated the terms and conditions of supervision by failing to report as directed; failing to pay her fine in accordance with the schedule of payments established by the Court; failing to complete her community service within ten months; and failing to complete a DUI Risk Reduction Program. The Court authorized the issuance of a summons on October 4, 2023.

The probation office has confirmed that Johnson completed her community service hours on October 7, 2023, paid her fine in full on October 12, 2023, and completed a DUI Risk Reduction Program on October 23, 2023.

Upon reviewing the petition and consulting with the probation officer, the Court finds that revocation of Johnson's probation term is not necessary. Given that she has fulfilled the term and conditions of her probation, the Court hereby directs that the Petition for Warrant or Summons for Offender Under Supervision, which was

approved by the Court on October 4, 2023, be dismissed. The Court further orders that Johnson's term of probation be allowed to expire as of the date of this Order.

SO ORDERED, this  2nd  day of November, 2023.

*Brian K. Epps*
Brian K. Epps
United States Magistrate Judge